DAYCO CORPORATION v. EDWARD A. CANTOR.

July 15, 1980.

Petition for certification denied.

MAE A. JARVAIS v. EXXON CHEMICAL CO.

July 15, 1980.

Petition for certification denied.

ALLSTATE INSURANCE CO. v. BOROUGH OF EDGEWATER, BERGEN COUNTY.

July 15, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. GRAILING BROWN.

July 15, 1980.

Petition for certification denied.